# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re: NEWBERRY-FATIH, TONYA GENEE   § Case No. 8:13-bk-06248-CPM
§
§
Debtor(s)   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 11, 2013.  The undersigned trustee was appointed on May 13, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $        5,292.44

    Funds were disbursed in the following amounts:
    Payments made under an
        interim distribution                              0.00
    Administrative expenses                               0.00
    Bank service fees                                    70.00
    Other payments to creditors                           0.00
    Non-estate funds paid to 3rd Parties                  0.00
    Exemptions paid to the debtor                         0.00
    Other payments to the debtor                          0.00

    Leaving a balance on hand of [1]    $        5,222.44

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/16/2013 and the deadline for filing governmental claims was 11/07/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,279.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,279.24, for a total compensation of $1,279.24.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.71, for total expenses of $155.71.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2014        By: /s/DOUGLAS N. MENCHISE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-bk-06248-CPM  **Trustee:** (290770) DOUGLAS N. MENCHISE
**Case Name:** NEWBERRY-FATIH, TONYA GENEE  **Filed (f) or Converted (c):** 05/11/13 (f)
**§341(a) Meeting Date:** 06/12/13
**Period Ending:** 03/24/14  **Claims Bar Date:** 09/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1/2 interest in lot in Colorado 78 Parcel 715153   Orig. Description: 1/2 interest in lot in Colorado 78 Parcel 71515300 Lot Costilla County Treasurer Common; Imported from original petition Doc# 1 | 1,850.00 | 1,850.00 | | 0.00 | FA |
| 2   Checking, savings or other financial accounts, c   Orig. Description: Railroad & Insustrial Federal Credit Union Checking Account 430330 in banks, savings and loan,; Imported from original petition Doc# 1 | 52.50 | 0.00 | | 0.00 | FA |
| 3   Checking, savings or other financial accounts, c   Orig. Description: Checking Account # 1000312648324 building and loan, and; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4   Checking, savings or other financial accounts, c   Orig. Description: Wellsfargo Checking Account # 100312648324 brokerage houses, or; Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 5   Checking, savings or other financial accounts, c   Orig. Description: Wellsfargo Bank Crown Classic Banking #1000986843717; Imported from original petition Doc# 1 | 4.26 | 0.00 | | 0.00 | FA |
| 6   Checking, savings or other financial accounts, c   Orig. Description: Bank Saving Account # 1010168109829; Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 7   Household goods and furnishings, including audio   Orig. Description: misc. items of furniture audio, video, and computer; Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8   Wearing apparel.   Orig. Description: Misc Items clothing; Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9   Interests in IRA, ERISA, Keogh, or other pension   Orig. Description: Cummins Power South LLC Saving retirement Plan other pension or profit sharing | 4,765.56 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:13-bk-06248-CPM  **Trustee:** (290770)   DOUGLAS N. MENCHISE
**Case Name:** NEWBERRY-FATIH, TONYA GENEE  **Filed (f) or Converted (c):** 05/11/13 (f)
   **§341(a) Meeting Date:** 06/12/13
**Period Ending:** 03/24/14  **Claims Bar Date:** 09/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| plans. Give particulars.; Imported from original petition Doc# 1 | | | | | |
| 10   Other contingent and unliquidated claims of ever    Orig. Description: Anticipated 2013 Income Tax return , Exempted up to the maximun allowed . counterclaims of the debtor, rights to setoff claims. Give value of each.; Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 11   Automobiles, trucks, trailers and other vehicles    Orig. Description: 2008 Toyota Mileage 40000 other vehicles and accessories.; Imported from original petition Doc# 1 | 25,000.00 | 5,232.44 | | 5,292.44 | FA |
| 11   Assets   Totals (Excluding unknown values) | **$33,323.32** | **$8,482.44** | | **$5,292.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/13/2013-Filed Notice of Assets and Request for Bar Date; Filed Application to Employ Attorney; Submitted standard proposed order;  6/17/13-FILED ORDER APPROVING APPLICATION TO EMPLOY ATTY; 07/02/13 - Sent letter to Atty Acosta on buyback; 07/16/13 - Sent letter to Atty Acosta on monthly buyback arrangements;

***FILED TFR 3/24/14

**Initial Projected Date Of Final Report (TFR):**     June 30, 2014      **Current Projected Date Of Final Report (TFR):**     March 24, 2014  (Actual)

Printed: 03/24/2014 02:35 PM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8:13-bk-06248-CPM  
**Case Name:** NEWBERRY-FATIH, TONYA GENEE  
**Taxpayer ID #:** **-***9727  
**Period Ending:** 03/24/14  

**Trustee:** DOUGLAS N. MENCHISE (290770)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****288966 - Checking Account  
**Blanket Bond:** $56,824,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/13 | {11} | TONYA NEWBERRY-FATIH | Acct #0001; Payment #1; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | 882.07 | | 882.07 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 872.07 |
| 09/11/13 | {11} | TONYA FATIH | Acct #0001; Payment #2; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | 882.07 | | 1,754.14 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,744.14 |
| 10/02/13 | {11} | TONYA NEWBERRY-FATIH | Acct #0001; Payment #3; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | 882.07 | | 2,626.21 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,616.21 |
| 11/07/13 | {11} | TONYA NEWBERRY-FATIH | Acct #0001; Payment #4; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | 882.07 | | 3,498.28 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,488.28 |
| 12/04/13 | {11} | TONYA NEWBERRY-FATIH | Acct #0001; Payment #5; BUYBACK OF NON-EXEMPT ASSETS | 1129-000 | 882.07 | | 4,370.35 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,360.35 |
| 01/06/14 | {11} | TONYA GENEE NEWBERRY-FAITH | Acct #0001; Payment #6; BUY BACK OF DEBTOR(S) NON-EXEMPT ASSETS | 1129-000 | 882.09 | | 5,242.44 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,232.44 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,222.44 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 5,292.44 | 70.00 | **$5,222.44** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,292.44 | 70.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,292.44** | **$70.00** | |

Net Receipts :   5,292.44  
Net Estate :   $5,292.44

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****288966** | 5,292.44 | 70.00 | 5,222.44 |
| | **$5,292.44** | **$70.00** | **$5,222.44** |

{} Asset reference(s)

# Exhibit C

**Case: 8:13-bk-06248-CPM    NEWBERRY-FATIH, TONYA GENEE**

Claims Bar Date: 09/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/30/13 | | $325.11<br>$325.11 | $0.00 | $325.11 |
| 2 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/30/13 | | $614.81<br>$614.81 | $0.00 | $614.81 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/30/13 | | $245.83<br>$245.83 | $0.00 | $245.83 |
| 4 | TD BANK USA, N.A.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/05/13 | | $648.09<br>$648.09 | $0.00 | $648.09 |
| 5 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/13 | | $361.15<br>$361.15 | $0.00 | $361.15 |
| 6 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $775.19<br>$775.19 | $0.00 | $775.19 |
| 7 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $327.62<br>$327.62 | $0.00 | $327.62 |
| 8 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>07/28/13 | | $3,705.14<br>$3,705.14 | $0.00 | $3,705.14 |

# Exhibit C

**Case: 8:13-bk-06248-CPM      NEWBERRY-FATIH, TONYA GENEE**

Claims Bar Date: 09/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $2,504.75<br>$2,504.75 | $0.00 | $2,504.75 |
| 10 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $1,673.13<br>$1,673.13 | $0.00 | $1,673.13 |
| 11 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $558.76<br>$558.76 | $0.00 | $558.76 |
| 12 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $953.01<br>$953.01 | $0.00 | $953.01 |
| 13 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/28/13 | | $573.93<br>$573.93 | $0.00 | $573.93 |
| 14 | Sallie Mae<br>c/o Sallie Mae, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/30/13 | | $2,382.38<br>$2,382.38 | $0.00 | $2,382.38 |
| 15 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/20/13 | | $437.12<br>$437.12 | $0.00 | $437.12 |

# Exhibit C

**Case: 8:13-bk-06248-CPM     NEWBERRY-FATIH, TONYA GENEE**

Claims Bar Date: 09/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/13 | | $1,503.69 $1,503.69 | $0.00 | $1,503.69 |
| 17 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/22/13 | | $1,783.16 $1,783.16 | $0.00 | $1,783.16 |
| 18 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 Greenville, SC 29603-0390 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/27/13 | | $871.73 $871.73 | $0.00 | $871.73 |
| 19 | CERASTES, LLC C O Weinstein And Riley, PS 2001 Western Avenue, Ste 400 Seattle, WA 98121 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/28/13 | | $2,240.08 $2,240.08 | $0.00 | $2,240.08 |
| 20 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/29/13 | | $696.28 $696.28 | $0.00 | $696.28 |
| 21 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A./ResurgentCapital Srvs PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/09/13 | | $510.17 $510.17 | $0.00 | $510.17 |
| 22 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A./Resurgent Capital PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/09/13 | | $1,289.62 $1,289.62 | $0.00 | $1,289.62 |

# Exhibit C

**Case: 8:13-bk-06248-CPM    NEWBERRY-FATIH, TONYA GENEE**

Claims Bar Date: 09/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 23 | CAPITAL ONE BANK (USA), N.A. PO Box 12907 Norfolk, VA 23541 <7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured 09/10/13 | | $3,599.57 $3,599.57 | $0.00 | $3,599.57 |
| | | | **Case Total:** | | **$0.00** | **$28,580.32** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:13-bk-06248-CPM
Case Name: NEWBERRY-FATIH, TONYA GENEE
Trustee Name: DOUGLAS N. MENCHISE

**Balance on hand:**  $  5,222.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  5,222.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS N. MENCHISE | 1,279.24 | 0.00 | 1,279.24 |
| Trustee, Expenses - DOUGLAS N. MENCHISE | 155.71 | 0.00 | 155.71 |

Total to be paid for chapter 7 administration expenses:  $  1,434.95
Remaining balance:  $  3,787.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  3,787.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  3,787.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 28,580.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Quantum3 Group LLC as agent for | 325.11 | 0.00 | 43.08 |
| 2 | Quantum3 Group LLC as agent for | 614.81 | 0.00 | 81.47 |
| 3 | Quantum3 Group LLC as agent for | 245.83 | 0.00 | 32.58 |
| 4 | TD BANK USA, N.A. | 648.09 | 0.00 | 85.89 |
| 5 | Quantum3 Group LLC as agent for | 361.15 | 0.00 | 47.86 |
| 6 | GE Capital Retail Bank | 775.19 | 0.00 | 102.73 |
| 7 | GE Capital Retail Bank | 327.62 | 0.00 | 43.42 |
| 8 | GE Capital Retail Bank | 3,705.14 | 0.00 | 491.01 |
| 9 | GE Capital Retail Bank | 2,504.75 | 0.00 | 331.93 |
| 10 | GE Capital Retail Bank | 1,673.13 | 0.00 | 221.72 |
| 11 | GE Capital Retail Bank | 558.76 | 0.00 | 74.05 |
| 12 | GE Capital Retail Bank | 953.01 | 0.00 | 126.29 |
| 13 | GE Capital Retail Bank | 573.93 | 0.00 | 76.06 |
| 14 | Sallie Mae | 2,382.38 | 0.00 | 315.71 |
| 15 | US BANK N.A. | 437.12 | 0.00 | 57.93 |
| 16 | eCAST Settlement Corporation, assignee | 1,503.69 | 0.00 | 199.27 |
| 17 | Capital One, N.A. | 1,783.16 | 0.00 | 236.31 |
| 18 | Dell Financial Services, LLC | 871.73 | 0.00 | 115.52 |
| 19 | CERASTES, LLC | 2,240.08 | 0.00 | 296.86 |
| 20 | Capital One, N.A. | 696.28 | 0.00 | 92.27 |
| 21 | PYOD, LLC its successors and assigns as assignee | 510.17 | 0.00 | 67.61 |
| 22 | PYOD, LLC its successors and assigns as assignee | 1,289.62 | 0.00 | 170.90 |
| 23 | CAPITAL ONE BANK (USA), N.A. | 3,599.57 | 0.00 | 477.02 |

Total to be paid for timely general unsecured claims:  $ 3,787.49
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**